IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBERLY S. HARRISON                                                                  PLAINTIFF

vs.                                    Civil No. 4:13-cv-04060

CAROLYN W. COLVIN                                                                     DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Defendant's Motion to Remand. ECF No. 14. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this case to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so that the ALJ can further develop the administrative record. ECF No. 14. Plaintiff has no objections to this Motion. *Id.* Based upon the foregoing, this Court recommends Defendant's Motion to Remand (ECF No. 14) be **GRANTED,** and Plaintiff's case be remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 24th day of February 2014.**

                                                                  /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U.S. MAGISTRATE JUDGE