IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBERLY S. HARRISON                                                                  PLAINTIFF

vs.                                      Civil No. 4:13-cv-04060

CAROLYN COLVIN                                                                        DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on May 20, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $7,867.80. This award represents 31.0 attorney hours at an hourly rate of $183.00 for work performed in 2013 and 11.80 attorney hours at an hourly rate of $186.00 for work performed in 2014. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED,** this 16th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge